PROB 12B
(12/00)

# United States District Court
**for**
## The District of Rhode Island

**Request for Modifying the Conditions of Supervision with Consent of the Offender**

**Name of Offender:** Alpha Williams **Case Number:** 1:99CR00113-001T

**Name of Sentencing Judicial Officer:** Honorable Ernest C. Torres

**Date of Original Sentence:** May 19, 2000

**Original Offense:** Possession of a Firearm by a Convicted Felon

**Original Sentence:** Fifty-one months imprisonment and thirty-six months of supervised release with the following special conditions: shall participate in a program of counseling and treatment for substance abuse as determined by the Probation Department and shall perform twenty-five hours of community service for each week when not employed.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** March 7, 2007

---

☐ To extend the term of supervision for ______ years, for a total term of ______ years.

☒ To modify the conditions of supervision as follows:

**The defendant shall serve three (3) months of community confinement, preferably located at the Adult Correctional Institution, Cranston, Rhode Island.**

**CAUSE**

As Your Honor may recall, on March 28, 2007, Mr. Williams reported to the Probation Department and submitted a urine specimen that tested positive for marijuana. The Court was notified, and he was verbally admonished as well as referred for outpatient treatment.

On March 29, 2007, USPO Borrelli met with Mr. Williams and discovered that he had failed to complete community service as previously instructed on March 7, 2007, and was one hundred (100) hours in arrears. In addition, he had not applied for any work as he was attempting to secure Social Security Disability Income. Mr. Williams was directed to apply for a minimum of four (4) jobs per day until he had secured employment and was provided with employment verification sheets to record his efforts. Of equal significance, Mr. Williams was directed to report on the Friday of each week to submit copies of employment verification sheet to ensure compliance.

On April 6, 2007, Mr. Williams reported to the U.S. Probation Office, however, he had failed to seek out work. He was verbally admonished and told the must search out employment as requested on March 29, 2007.

On April 16, 2007, USPO Borrelli attempted to contact Mr. Williams to no avail as he had failed to report as directed on Friday, April 13, 2007. However, on April 18, 2007, Mr. Williams reported to the U.S. Probation Office and advised that he had only applied for one job. He was once again verbally admonished and told to continue to seek out employment as directed on March 29, 2007.

PROB 12B
(12/00)

Mr. Williams failed to report to U.S. Probation on Friday, April 20, 2007, as required. On April 26, 2007, Mr. Williams reported to the U.S. Probation Office to submit a urine specimen and was verbally admonished for failing to report on April 20, 2007. He advised that he is still not seeking out work as directed by USPO Borrelli.

On May 8, 2007, Mr. Williams once again tested positive for marijuana. On May 15, 2007, USPO Borrelli met with Mr. Williams and he admitted that he had smoked marijuana during the weekends of May 5, 2007 and May 12, 2007. USPO Borrelli directed him to report to the U. S. Probation Office on May 18, 2007, and he failed to do so.

To compound matters, Mr. Williams failed to attend outpatient counseling at the Phoenix House on April 25, 2007, and May 9, 2007, as directed by United States Probation Officer on March 29, 2007.

On May 17, 2007, USPO Borrelli spoke to Assistant United States Attorney Stephanie S. Browne and she advised that she does not pose any objections to the above-mentioned modification.

On May 29, 2007, after consulting with his attorney, Edward C. Roy, Mr. Williams advised USPO Borrelli that he wished to have a hearing rather than have his conditions of supervised release modified. However, on May 31, 2007, Mr. Williams met with USPO Borrelli, and he executed a PROB form 49 - Waiver of Hearing to Modify of Conditions of Supervised Release. In view of Mr. Williams's significant pattern of noncompliance, it is respectfully recommended that his conditions be modified to include the above-mentioned condition in lieu of violation proceedings. During the remainder of Mr. William's term of supervision, we will make a concerted effort to bring him back into compliance with all the terms of supervision. If non-compliance continues, however, the Court shall be notified and additional punitive action may be sought.

**Reviewed and Approved by:**

Kurt E. O'Sullivan

**Kurt E. O'Sullivan**
**Supervising U.S. Probation Officer**

Date: 5/31/07

**Respectfully Submitted by:**

David S. Borrelli

**David S. Borrelli**
**U.S. Probation Officer**

Date: 05/31/07

## The Court Orders

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☑ The Modification of Conditions as Noted Above
- ☐ Other

Ernest C. Torres

Honorable Ernest C. Torres
Senior U.S. District Judge

6/13/07
Date

Prob 49
(Rev. 3/89)

# United States District Court
for
The District of Rhode Island

## Waiver of Hearing to Modify Conditions of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall serve three (3) months of community confinement, preferably located at the Adult Correctional Institution, Cranston, Rhode Island.**

Witness: David S. Barelli

Signed: [signature]

May 31, 2007
Date