UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

              v.                     CR No. 99-113T

ALPHA WILLIAMS

### ORDER OF REASSIGNMENT

It is hereby ordered that this case is returned to the Clerk for reassignment to another judge.

                                        By Order

                                        */s/*
                                        Deputy Clerk

ENTER:

*/s/ Ernest C. Torres*
Ernest C. Torres
Senior U.S. District Judge

Date: Jan. 11, 2009